**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Les Snyder<br>　　　　Deborah A. Snyder<br>　　　　　　　<u>Debtors</u><br><br>PNC Bank, National Association<br>　　　　　　　<u>Movant</u><br>　　　vs.<br><br>Les Snyder<br>Deborah A. Snyder<br>　　　　　　　<u>Debtors</u><br><br>William C. Miller Esq.<br>　　　　　　　<u>Trustee</u> | CHAPTER 13<br>BK NO: 13-19701 MDC |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to August 29, 2018.

By the court:

_Magdeline D. Coleman_

Dated:  August 9, 2018

United States Bankruptcy Judge