Certificate Number: 12433-PAE-DE-031940841

Bankruptcy Case Number: 13-19701



12433-PAE-DE-031940841

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 23, 2018, at 9:48 o'clock PM EST, Deborah Anne Snyder completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    November 24, 2018            By:    /s/Lisa Susoev

Name:    Lisa Susoev

Title:    Teacher