Certificate Number: 12433-PAE-DE-031940840

Bankruptcy Case Number: 13-19701



12433-PAE-DE-031940840

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 23, 2018, at 9:48 o'clock PM EST, Les Edward Snyder completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 24, 2018          By:   /s/Lisa Susoev

                                   Name: Lisa Susoev

                                   Title: Teacher